**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-18243-PSH |
| | § | |
| NATHAN LEROY MARKS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/03/2012. The undersigned trustee was appointed on 05/03/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                          $19,710.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $4,000.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $15,710.97 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/13/2013 and the deadline for filing government claims was 08/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,321.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,321.10, for a total compensation of $2,321.10[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2013    By:    /s/ Gus A. Paloian
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 12-18243-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MARKS, NATHAN LEROY | Date Filed (f) or Converted (c): | 05/03/2012 (f) |
| For the Period Ending: | 11/21/2013 | §341(a) Meeting Date: | 07/13/2012 |
| | | Claims Bar Date: | 08/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 residential Single Family Home 2611 Knollwood Pl, Hazel Crest, IL 60429, Cook County | $121,385.00 | $0.00 | | $0.00 | FA |
| 2 Cash in Wallet | $20.00 | $0.00 | | $0.00 | FA |
| 3 Chase Checkin Acct; Bank American checking Acct; Bank America checking Acct, Hazel Crest, IL | $230.00 | $0.00 | | $0.00 | FA |
| 4 Household (elecrtonics, appliances & Furniture | $1,400.00 | $0.00 | | $0.00 | FA |
| 5 School Books, CDs, DVDs | $60.00 | $0.00 | | $0.00 | FA |
| 6 Casual Attire and Business Attire | $75.00 | $0.00 | | $0.00 | FA |
| 7 Earrings | $50.00 | $0.00 | | $0.00 | FA |
| 8 Primerica Term Life Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 9 Canadian National Railway Company Management Savings Plan (401k) | $42,929.00 | $0.00 | | $0.00 | FA |
| 10 185.66 shares in CN ESIP RAP (Company Stock) at $60.39 per share managed by Computershare 1500 University Street | $11,212.00 | $0.00 | | $19,710.97 | FA |
| 11 2004 Jeep Cherokee (Value from Blue Book.com | $3,511.00 | $0.00 | | $0.00 | FA |
| 12 Desktop Computer and Desk | $175.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                              **Gross Value of Remaining Assets**
                          $181,047.00         $0.00                $19,710.97         $0.00

**Major Activities affecting case closing:**
The Trustee liquidated the Debtor's stock. The claims bar date is 8/13/13. The Trustee will review/analyze claims and close the case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 12/31/2013    /s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 12-18243-PSH |
| **Case Name:** | MARKS, NATHAN LEROY |
| **Primary Taxpayer ID #:** | **-***8966 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/3/2012 |
| **For Period Ending:** | 11/21/2013 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0225 |
| **Account Title:** | Nathan Leroy Marks |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2013 | (10) | OPPENHEIMER & CO, INC. | LIQUIDATION OF CANADIAN NATIONAL RAILROAD STOCK | 1129-000 | $19,710.97 | | $19,710.97 |
| 11/11/2013 | 1001 | NATHAN MARKS | | 8100-002 | | $4,000.00 | $15,710.97 |
| | | | **TOTALS:** | | $19,710.97 | $4,000.00 | $15,710.97 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $19,710.97 | $4,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,000.00 | |
| | | | **Net** | | $19,710.97 | $0.00 | |

| For the period of 5/3/2012 to 11/21/2013 | | For the entire history of the account between 04/05/2013 to 11/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,710.97 | Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 | Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| | |
|---|---|
| **Case No.** | 12-18243-PSH |
| **Case Name:** | MARKS, NATHAN LEROY |
| **Primary Taxpayer ID #:** | **-***8966 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/3/2012 |
| **For Period Ending:** | 11/21/2013 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0225 |
| **Account Title:** | Nathan Leroy Marks |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $19,710.97 | $4,000.00 | $15,710.97 |

**For the period of 5/3/2012 to 11/21/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2012 to 11/21/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 1       Exhibit C

| Case No.: | 12-18243-PSH | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | MARKS, NATHAN LEROY | | | | | Date: | 11/21/2013 |
| Claims Bar Date: | 08/13/2013 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 11/12/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,321.10 | $2,321.10 | $0.00 | $0.00 | $0.00 | $2,321.10 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 05/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,766.24 | $3,766.24 | $0.00 | $0.00 | $0.00 | $3,766.24 |
| 2 | NELNET<br><br>3015 South Parker Road, Suite 400<br>Aurora CO 80014-2904 | 06/07/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,897.36 | $18,897.36 | $0.00 | $0.00 | $0.00 | $18,897.36 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | 06/07/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,504.46 | $2,504.46 | $0.00 | $0.00 | $0.00 | $2,504.46 |
| 4 | SALLIE MAE<br><br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Barre PA 18706 | 06/28/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,522.08 | $22,522.08 | $0.00 | $0.00 | $0.00 | $22,522.08 |
| 5 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 07/08/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,073.79 | $1,073.79 | $0.00 | $0.00 | $0.00 | $1,073.79 |

| Case No.: | 12-18243-PSH | | | | | | Trustee Name: | | Gus A. Paloian | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MARKS, NATHAN LEROY | | | | | | Date: | | 11/21/2013 | | |
| Claims Bar Date: | 08/13/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | US DEPT OF EDUCATION<br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 | 07/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,761.64 | $4,761.64 | $0.00 | $0.00 | $0.00 | $4,761.64 |
| Claim Notes: | (6-1) student loans | | | | | | | | | | | |
| 7 | US DEPT OF EDUCATION<br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 | 07/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $33,679.67 | $33,679.67 | $0.00 | $0.00 | $0.00 | $33,679.67 |
| Claim Notes: | (7-1) student loans | | | | | | | | | | | |
| 8 | US DEPT OF EDUCATION<br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 | 07/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,164.92 | $15,164.92 | $0.00 | $0.00 | $0.00 | $15,164.92 |
| Claim Notes: | (8-1) student loans | | | | | | | | | | | |
| 9 | US DEPT OF EDUCATION<br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 | 07/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $33,239.81 | $33,239.81 | $0.00 | $0.00 | $0.00 | $33,239.81 |
| Claim Notes: | (9-1) student loans | | | | | | | | | | | |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to US BANK NATIONAL ASSOCIATIO<br>POB 41067<br>Norfolk VA 23541 | 08/09/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,502.08 | $4,502.08 | $0.00 | $0.00 | $0.00 | $4,502.08 |
| | | | | | | | $142,433.15 | $142,433.15 | $0.00 | $0.00 | $0.00 | $142,433.15 |

# CLAIM ANALYSIS REPORT

| **Case No.** | 12-18243-PSH | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | MARKS, NATHAN LEROY | **Date:** | 11/21/2013 |
| **Claims Bar Date:** | 08/13/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $140,112.05 | $140,112.05 | $0.00 | $0.00 | $0.00 | $140,112.05 |
| Trustee Compensation | $2,321.10 | $2,321.10 | $0.00 | $0.00 | $0.00 | $2,321.10 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      12-18243-PSH
Case Name:     NATHAN LEROY MARKS
Trustee Name:  Gus A. Paloian

|  |  |
|---|---|
| Balance on hand: | $15,710.97 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $15,710.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $2,321.10 | $0.00 | $2,321.10 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $2,321.10 |
| Remaining balance: | $13,389.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $13,389.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $13,389.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $140,112.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $3,766.24 | $0.00 | $359.93 |
| 2 | Nelnet | $18,897.36 | $0.00 | $1,805.93 |
| 3 | Capital One Bank (USA), N.A. | $2,504.46 | $0.00 | $239.34 |
| 4 | Sallie Mae | $22,522.08 | $0.00 | $2,152.33 |
| 5 | GE Capital Retail Bank | $1,073.79 | $0.00 | $102.62 |
| 6 | US Dept of Education | $4,761.64 | $0.00 | $455.05 |
| 7 | US Dept of Education | $33,679.67 | $0.00 | $3,218.61 |
| 8 | US Dept of Education | $15,164.92 | $0.00 | $1,449.24 |
| 9 | US Dept of Education | $33,239.81 | $0.00 | $3,176.58 |
| 10 | Portfolio Recovery Associates, LLC | $4,502.08 | $0.00 | $430.24 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $13,389.87 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**