**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-18243-PSH
§
NATHAN LEROY MARKS §
§
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on January 7, 2014, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: November 27, 2013    By:  /s/ Gus A. Paloian
                                        Trustee

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-18243-PSH |
|---|---|---|
| NATHAN LEROY MARKS | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $19,710.97
*and approved disbursements of*     $4,000.00
*leaving a balance on hand of[1]:*     $15,710.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $15,710.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $2,321.10 | $0.00 | $2,321.10 |

Total to be paid for chapter 7 administrative expenses:     $2,321.10
Remaining balance:     $13,389.87

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $13,389.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $13,389.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $140,112.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $3,766.24 | $0.00 | $359.93 |
| 2 | Nelnet | $18,897.36 | $0.00 | $1,805.93 |
| 3 | Capital One Bank (USA), N.A. | $2,504.46 | $0.00 | $239.34 |
| 4 | Sallie Mae | $22,522.08 | $0.00 | $2,152.33 |
| 5 | GE Capital Retail Bank | $1,073.79 | $0.00 | $102.62 |
| 6 | US Dept of Education | $4,761.64 | $0.00 | $455.05 |
| 7 | US Dept of Education | $33,679.67 | $0.00 | $3,218.61 |
| 8 | US Dept of Education | $15,164.92 | $0.00 | $1,449.24 |
| 9 | US Dept of Education | $33,239.81 | $0.00 | $3,176.58 |
| 10 | Portfolio Recovery Associates, LLC | $4,502.08 | $0.00 | $430.24 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $13,389.87 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Gus A. Paloian
              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Nathan Leroy Marks  
    Debtor

Case No. 12-18243-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: gbeemster    Page 1 of 2    Date Rcvd: Dec 03, 2013  
                 Form ID: pdf006    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2013.

```
db           +Nathan Leroy Marks,    2611 Knollwood Place,    Hazel Crest, IL 60429-2138
18866134      BAC HOME LNS,  LP/CTRYWDE,    450 American St,    Simi Valley CA 93065-6285
18866281     +BANK OF AMERICA,    9000 SOUTHSIDE BLVD,    BLDG 600 FL9-600-02-15,    JACKSONVILLE, FL 32256-0789
18866282     +CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
18866283     +CARD MEMBER SERVICES,    CB DISPUTES,    PO BOX 108,    SAINT LOUIS, MO 63166-0108
18866284     +CHASE/BANK ONE CARD SERV,    PO BOX 15298,    WILMINGTON, DE 19850-5298
20584490      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
18866288     +GREAT LAKES HIGHER EDUCATION,    2401 INTERNATIONAL LN,    MADISON. WI 53704-3192
18866289     +HSBC BEST BUY,    PO BOX 5253,    CAROL STREAM. IL 60197-5253
18866165      Orchard Bank Visa,    HSBC Card Services,    POB 17051,    Baltimore MD 21297-1051
20853600     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
               successor to US BANK NATIONAL ASSOCIATIO,    POB 41067,    Norfolk VA 23541)
18866166     +US DEPT OF EDUCATION/GLE,    2401 INTERNATIONAL,    POB 7859,    MADISON WI 53707-7859
20726226      US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18866286      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2013 02:19:05      DISCOVER FINCL SVC LLC,
               PO BOX 15316,    WILMINGTON. DE 19850-5316
20494222      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2013 02:19:05      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20697509      E-mail/PDF: rmscedi@recoverycorp.com Dec 04 2013 02:19:03      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18866287      E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2013 02:10:32      GECRB/LOWES,    PO BOX 965005,
               ORLANDO. FL 32896-5005
18866169     +E-mail/Text: electronicbkydocs@nelnet.net Dec 04 2013 02:09:02      NELNET,    3015 S PARKER RD,
               STE 400,    AURORA CO 80014-2904
20583972      E-mail/Text: electronicbkydocs@nelnet.net Dec 04 2013 02:09:02      Nelnet,
               3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
20583547     +E-mail/Text: electronicbkydocs@nelnet.net Dec 04 2013 02:09:02
               Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
18866167      E-mail/PDF: pa_dc_claims@salliemae.com Dec 04 2013 02:11:19      SALLIE MAE,    POB 9500,
               WILKES-BARRE PA 18773-9500
20661444     +E-mail/PDF: pa_dc_claims@salliemae.com Dec 04 2013 02:10:09      Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18866168*    +SALLIE MAE,    POB 9500,    WILKES-BARRE PA 18773-9500
18866285    ##+DEVRY INC,    1 TOWER LN STE 1000,    OAKBROOK TERRACE.,    IL 60181-4624
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: gbeemster            Page 2 of 2               Date Rcvd: Dec 03, 2013
                               Form ID: pdf006            Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2013 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    Bank of America, N.A.
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```