**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-18243-PSH |
| | § | |
| NATHAN LEROY MARKS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)　　All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)　　A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $106,385.00 | Assets Exempt: | $76,492.00 |
| Total Distributions to Claimants: | $13,389.87 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,321.10 | | |

　　　3)　　Total gross receipts of $19,710.97 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,000.00 (see **Exhibit 2),** yielded net receipts of $15,710.97 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $118,099.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,321.10 | $2,321.10 | $2,321.10 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $156,095.00 | $140,112.05 | $140,112.05 | $13,389.87 |
| **Total Disbursements** | $274,194.00 | $142,433.15 | $142,433.15 | $15,710.97 |

   4). This case was originally filed under chapter 7 on 05/03/2012. The case was pending for 20 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: <u>04/15/2014</u>              By:  <u>/s/ Gus A. Paloian</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 185.66 shares in CN ESIP RAP (Company Stock) at $60.39 per share managed by Computershare 1500 University Street | 1129-000 | $19,710.97 |
| **TOTAL GROSS RECEIPTS** | | $19,710.97 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NATHAN MARKS | Exemptions | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC HOME LNS | 4110-000 | $118,099.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $118,099.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $2,321.10 | $2,321.10 | $2,321.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,321.10 | $2,321.10 | $2,321.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $3,766.24 | $3,766.24 | $359.93 |
| 2 | Nelnet | 7100-000 | $0.00 | $18,897.36 | $18,897.36 | $1,805.93 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,504.46 | $2,504.46 | $239.34 |
| 4 | Sallie Mae | 7100-000 | $0.00 | $22,522.08 | $22,522.08 | $2,152.33 |
| 5 | GE Capital Retail Bank | 7100-000 | $0.00 | $1,073.79 | $1,073.79 | $102.62 |
| 6 | US Dept of Education | 7100-000 | $0.00 | $4,761.64 | $4,761.64 | $455.05 |
| 7 | US Dept of Education | 7100-000 | $0.00 | $33,679.67 | $33,679.67 | $3,218.61 |
| 8 | US Dept of Education | 7100-000 | $0.00 | $15,164.92 | $15,164.92 | $1,449.24 |
| 9 | US Dept of Education | 7100-000 | $0.00 | $33,239.81 | $33,239.81 | $3,176.58 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $4,502.08 | $4,502.08 | $430.24 |
| | Bank of America | 7100-000 | $1,932.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Bank USA NA | 7100-000 | $2,432.00 | $0.00 | $0.00 | $0.00 |
| | CARD MEMBER SERVICES | 7100-000 | $4,469.00 | $0.00 | $0.00 | $0.00 |
| | CHASE/BANK ONE CARD SERV | 7100-000 | $4,331.00 | $0.00 | $0.00 | $0.00 |
| | DEVRY INC | 7100-000 | $4,750.00 | $0.00 | $0.00 | $0.00 |
| | DISCOVER FINCL SVC LLC | 7100-000 | $3,690.00 | $0.00 | $0.00 | $0.00 |
| | GECRB/LOWES | 7100-000 | $1,085.00 | $0.00 | $0.00 | $0.00 |
| | GREAT LAKES HIGHER EDUCATION | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| | HSBC BEST BUY | 7100-000 | $604.00 | $0.00 | $0.00 | $0.00 |
| | NELNET | 7100-000 | $11,494.00 | $0.00 | $0.00 | $0.00 |
| | NELNET | 7100-000 | $7,517.00 | $0.00 | $0.00 | $0.00 |
| | ORCHARD BANK VISA | 7100-000 | $311.00 | $0.00 | $0.00 | $0.00 |
| | SALLIE MAE | 7100-000 | $2,851.00 | $0.00 | $0.00 | $0.00 |
| | SALLIE MAE | 7100-000 | $2,875.00 | $0.00 | $0.00 | $0.00 |
| | SALLIE MAE | 7100-000 | $4,177.00 | $0.00 | $0.00 | $0.00 |
| | SALLIE MAE | 7100-000 | $5,427.00 | $0.00 | $0.00 | $0.00 |
| | SALLIE MAE | 7100-000 | $3,599.00 | $0.00 | $0.00 | $0.00 |
| | SALLIE MAE | 7100-000 | $2,948.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | SALLIE MAE | 7100-000 | $4,339.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  | SALLIE MAE | 7100-000 | $4,678.00 | $0.00 | $0.00 | $0.00 |
|  | US DEPT OF EDUCATION/GLE | 7100-000 | $32,832.00 | $0.00 | $0.00 | $0.00 |
|  | US DEPT OF EDUCATION/GLE | 7100-000 | $30,750.00 | $0.00 | $0.00 | $0.00 |
|  | US DEPT OF EDUCATION/GLE# | 7100-000 | $4,004.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $156,095.00 | $140,112.05 | $140,112.05 | $13,389.87 |

FORM 1

Page No: 1 Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-18243-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MARKS, NATHAN LEROY | Date Filed (f) or Converted (c): | 05/03/2012 (f) |
| For the Period Ending: | 4/15/2014 | §341(a) Meeting Date: | 07/13/2012 |
| | | Claims Bar Date: | 08/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  residential Single Family Home 2611 Knollwood Pl, Hazel Crest, IL 60429, Cook County | $121,385.00 | $0.00 | | $0.00 | FA |
| 2  Cash in Wallet | $20.00 | $0.00 | | $0.00 | FA |
| 3  Chase Checkin Acct; Bank American checking Acct; Bank America checking Acct, Hazel Crest, IL | $230.00 | $0.00 | | $0.00 | FA |
| 4  Household (elecrtonics, appliances & Furniture | $1,400.00 | $0.00 | | $0.00 | FA |
| 5  School Books, CDs, DVDs | $60.00 | $0.00 | | $0.00 | FA |
| 6  Casual Attire and Business Attire | $75.00 | $0.00 | | $0.00 | FA |
| 7  Earrings | $50.00 | $0.00 | | $0.00 | FA |
| 8  Primerica Term Life Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 9  Canadian National Railway Company Management Savings Plan (401k) | $42,929.00 | $0.00 | | $0.00 | FA |
| 10  185.66 shares in CN ESIP RAP (Company Stock) at $60.39 per share managed by Computershare 1500 University Street | $11,212.00 | $0.00 | | $19,710.97 | FA |
| 11  2004 Jeep Cherokee (Value from Blue Book.com | $3,511.00 | $0.00 | | $0.00 | FA |
| 12  Desktop Computer and Desk | $175.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$181,047.00     $0.00     $19,710.97     $0.00

**Major Activities affecting case closing:**
The Trustee liquidated the Debtor's stock. The claims bar date is 8/13/13. The Trustee will review/analyze claims and close the case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 12/31/2013    /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-18243-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MARKS, NATHAN LEROY | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8966 | Checking Acct #: | ******0225 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Nathan Leroy Marks |
| For Period Beginning: | 5/3/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2013 | (10) | OPPENHEIMER & CO, INC. | LIQUIDATION OF CANADIAN NATIONAL RAILROAD STOCK | 1129-000 | $19,710.97 | | $19,710.97 |
| 11/11/2013 | 1001 | NATHAN MARKS | | 8100-002 | | $4,000.00 | $15,710.97 |
| 01/09/2014 | 1002 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $2,321.10 | $13,389.87 |
| 01/09/2014 | 1003 | Discover Bank | Claim #: 1; Distribution Dividend: 9.56; | 7100-000 | | $359.93 | $13,029.94 |
| 01/09/2014 | 1004 | Nelnet | Claim #: 2; Distribution Dividend: 9.56; | 7100-000 | | $1,805.93 | $11,224.01 |
| 01/09/2014 | 1005 | Capital One Bank (USA), N.A. | Claim #: 3; Distribution Dividend: 9.56; | 7100-000 | | $239.34 | $10,984.67 |
| 01/09/2014 | 1006 | Sallie Mae | Claim #: 4; Distribution Dividend: 9.56; | 7100-000 | | $2,152.33 | $8,832.34 |
| 01/09/2014 | 1007 | GE Capital Retail Bank | Claim #: 5; Distribution Dividend: 9.56; | 7100-000 | | $102.62 | $8,729.72 |
| 01/09/2014 | 1008 | US Dept of Education | Claim #: 6; Distribution Dividend: 9.56; | 7100-000 | | $455.05 | $8,274.67 |
| 01/09/2014 | 1009 | US Dept of Education | Claim #: 7; Distribution Dividend: 9.56; | 7100-000 | | $3,218.61 | $5,056.06 |
| 01/09/2014 | 1010 | US Dept of Education | Claim #: 8; Distribution Dividend: 9.56; | 7100-000 | | $1,449.24 | $3,606.82 |
| 01/09/2014 | 1011 | US Dept of Education | Claim #: 9; Distribution Dividend: 9.56; | 7100-000 | | $3,176.58 | $430.24 |
| 01/09/2014 | 1012 | Portfolio Recovery Associates, LLC | Claim #: 10; Distribution Dividend: 9.56; | 7100-000 | | $430.24 | $0.00 |

| | | | | **SUBTOTALS** | $19,710.97 | $19,710.97 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-18243-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MARKS, NATHAN LEROY | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8966 | Checking Acct #: | ******0225 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Nathan Leroy Marks |
| For Period Beginning: | 5/3/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $19,710.97 | $19,710.97 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $19,710.97 | $19,710.97 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $4,000.00 | |
|  |  |  | **Net** | | $19,710.97 | $15,710.97 | |

**For the period of 5/3/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,710.97 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $19,710.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/05/2013 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,710.97 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $19,710.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No. | 12-18243-PSH | Trustee Name: | Gus A. Paloian |
| Case Name: | MARKS, NATHAN LEROY | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8966 | Checking Acct #: | ******0225 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Nathan Leroy Marks |
| For Period Beginning: | 5/3/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $19,710.97 | $19,710.97 | $0.00 |

**For the period of 5/3/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,710.97 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $19,710.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $19,710.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,710.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,710.97 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $19,710.97 |
| Total Internal/Transfer Disbursements: | $0.00 |